| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JUN 10 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

 v.

ANTONIO FLORES-BUSTOS,

    Defendant-Appellant.

No. 23-30000

D.C. No. 1:21-cr-02012-MKD-1
Eastern District of Washington, Yakima

ORDER

Before: CHRISTEN and SUNG, Circuit Judges, and RAKOFF,[*] District Judge.

The panel has voted to deny the petition for panel rehearing. Judge Sung would have granted the petition for panel rehearing.

Judge Christen and Judge Sung voted to deny the petition for rehearing en banc, and Judge Rakoff so recommended. The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on the petition.

The petition for panel rehearing and/or rehearing en banc (Dkt. 41) is **DENIED.**

---

    [*] The Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, sitting by designation.